# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | | |
|---|---|---|
| SEHKMET RE EL, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. CV410-253 |
| YORK COUNTY GENERAL SESSIONS; DAN HALL, asst. DA, | ) ) ) ) | |
| Defendants. | ) | |

## REPORT AND RECOMMENDATION

Once again this Court is cited an imaginary (and variously spelled) "Treaty of Marrakesh"[1] in a patently nonsensical pleading filed by a *pro se* individual, this time by Sehkmet Re El. Doc. 1 at 18. He declares:

> I, the Petitioner, Sehkmet Re El, state and Publish for the Record: My Declaration of Status: Aboriginal/Indigenous Natural Person: Freehold by Birthright; Inheritance and Primogeniture; Affirming my Substantive Rights to Travel upon the public Roadways and Highways, in harmony with the Highest and most supreme Law of the Land. I Am 'In Propria Persona' (Not Pro Se); and not 'Cognate' to any 'Nom de Guerre' or any other such like fiction entity; created by the hands of others by way of Misrecital or 'Artificial Legal Construct'; nor a 'Man-of-Straw'; as written, typed, photocopied, or scribed in ALL CAPITAL LETTERS). I am a Natural Dweller and Natural Citizen in, of, and on the Lands of my

---

[1] *See Townsend v. United States*, 2010 WL 2636065 (S.D. Ga. May 19, 2010) (Report and Recommendation advising denial of habeas relief to inmate who cited his "sovereign status" and insisted that his incarceration violated the "Treaty of Marrakash").

Forefathers -- Northwest Amexem/Northwest Africa/North America/The North Gate." Doc. 1 at 18. Under a section headed (at the top of each page) by "UNITED NATIONS IPO 2421, NGO 37801," plaintiff references "Void Alleged Ticket(s)/ Suit(s)/Summons / Citation(s) / (misrepresented) Bill(s) of Exchange; as Reason for Vacate and Granting Relief," then later moves "that the Judge and Prosecutor of this Court make Void and Vacate the unconscionable suits/ticket instruments . . . as their improper presentments are" unconstitutional. *Id.* at 26.

The tail end of his 62-page filing reveals what plaintiff evidently is up to here: He was arrested in early 2010 for resisting arrest and assaulting a law enforcement officer serving process. *Id.* at 60. He posted $1000 bail, *id.* at 58, then decided that he wanted that money back. So, he: (1) declared himself a sovereign individual or nation; (2) created an "Accepted for Value" stamp; (3) stamped "Accepted for Value" on top of York County, South Carolina Court of General Session bail documents; (4) wrote "Value $31,000.00" on that stamped imprint; then (5) declared that $1000 now "paid" (because that court has now "Accepted" his stamped "payment" ... for $31,000 in value). Plaintiff then evidently threw a dart at a U.S. map and it landed on Savannah,

Georgia. That, in turn, led him to file in this Court the above-noted mass of papers, plus a motion for leave to proceed *in forma pauperis*, all aimed at invalidating the South Carolina court proceedings -- so he can get his $1000 back.

Suffice it to say that El's filing, which otherwise makes a mockery of Fed. R. Civ. P. 8(a)'s pleading standard, is patently frivolous. And even were it deemed some sort of habeas petition, it is equally plain that, since he is a North Carolina resident suing non-Georgians over actions that have zero connection with this judicial district, his "dart" landed on the wrong judicial district.

For "filing-jurisdiction" purposes only, then, the Court **GRANTS** plaintiff's *in forma pauperis* motion (doc. 2) but recommends that this case be **DISMISSED WITH PREJUDICE**. Sehkmet Re El is also warned that sanctions await him should he further burden this Court with such filings.

**SO REPORTED AND RECOMMENDED** this __13th__ day of December, 2010.

/s/ *signature*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT of GEORGIA